```
 1  reasonable time necessary for effective preparation, taking into
 2  account the exercise of due diligence.
 3       9.   Nothing in this stipulation shall preclude a finding that
 4  other provisions of the Speedy Trial Act dictate that additional time
 5  periods be excluded from the period within which trial must commence.
 6  Moreover, the same provisions and/or other provisions of the Speedy
 7  Trial Act may in the future authorize the exclusion of additional
 8  time periods from the period within which trial must commence.
 9       IT IS SO STIPULATED.
10  Dated: August 5, 2024          Respectfully submitted,

11                                 E. MARTIN ESTRADA
                                   United States Attorney
12
                                   MACK E. JENKINS
                                   Assistant United States Attorney
13                                 Chief, Criminal Division
14
                                         /s/
15                                 _____
                                   JULIE J. SHEMITZ
16                                 Assistant United States Attorney

17                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
18

19

20       I am EDGAR MARTINEZ-REYES's attorney.  I have carefully
21  discussed every part of this stipulation and the continuance of the
22  trial date with my client. I have fully informed my client of his
23  Speedy Trial rights.  To my knowledge, my client understands those
24  rights and agrees to waive them.  I believe that my client's decision
25  to give up the right to be brought to trial earlier than _____
26  is an informed and voluntary one.
27  _____        8-24-2024
    ZAIRA VILLAGOMEZ                      Date
28
```

Scanned with CamScanner

_____
Attorney for Defendant
EDGAR MARTINEZ-REYES

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____   8-12-24
EDGAR MARTINEZ-REYES                Date
Defendant

**CERTIFICATION OF INTERPRETER**

I, _Zaire Villa_____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

_____   8-12-24
INTERPRETER                         Date

6

Scanned with CamScanner