1    I am OSCAR EDUARDO MAYORGA'S attorney. I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights. To my knowledge, my client understands those

5  rights and agrees to waive them. I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8

9  MATTHEW J. LOMBARD                           Date    8/10/24
   Attorney for Defendant
10  OSCAR EDUARDO MAYORGA

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights. I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025. I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19

20  OSCAR EDUARDO MAYORGA                          Date    08/10/24
   Defendant

21

22              **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages. I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27

28  INTERPRETER                                    Date

                              17