1  E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
2  Assistant United States Attorney
Chief, Criminal Division
3  JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
4  International Narcotics, Money Laundering & Racketeering Section
1400 United States Courthouse
5      312 North Spring Street
Los Angeles, California 90012
6      Telephone: (213) 894-5735
Facsimile: (213) 894-0142
7      Cell:      (213) 500-9369
E-mail:    julie.shemitz@usdoj.gov
8
Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                     UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,            No. 2:23-CR-00524(A)-DMG

13          Plaintiff,                   STIPULATION REGARDING REQUEST FOR
                                         (1) CONTINUANCE OF TRIAL DATE(S)
14          v.                           AND (2) FINDINGS OF EXCLUDABLE
                                         TIME PERIODS PURSUANT TO SPEEDY
15  EDGAR JOEL MARTINEZ-REYES ET         TRIAL ACT
       AL.,
16                                       **CURRENT TRIAL DATES:    11/5/24;
                                         3/25/2025**
17          Defendants.                  **PROPOSED TRIAL DATE:    5/19/2025**

18

19

20      Plaintiff United States of America, by and through its counsel

21  of record, the United States Attorney for the Central District of

22  California and Assistant United States Attorney Julie J. Shemitz, and

23  defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both

24  individually and by and through his counsel of record, Zaura

25  Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through

26  his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,

27  both individually and by and through his counsel of record, Victor

28

Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and
through his counsel of record, Robert M. Helfend; PANYU ZHAO, both
individually and by and through his counsel of record, Louis J.
Shapiro; RAUL CONTRERAS, individually, and by and through his counsel
of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by
and through his counsel of record, John Targowski; LUIS BELANDRIA-
CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and
through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both
individually and by and through his counsel of record, Michael D.
Walsh; JIAYUNG YU, both individually, and by and through his counsel
of record, Jonathan Perliss; XIAOLEI YE, both individually, and by
and through his counsel of record, Edward M. Robinson; XUANYI MU
("MU"), both individually and by and through his counsel of record,
Donald M. Matson; SHOU YANG, individually, and by and through his
counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both
individually, and by and through his counsel of record,       OSCAR
EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his
counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-
ROBLES"), both individually and by and through his counsel of record,
Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through
his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,
individually, and by and through his counsel of record, Peter
Johnson; JOSE ANTONIO PARDO, individually, and by and through his
counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,
and by and through his counsel of record, Kevin Gres, hereby
stipulate as follows:

1      1.    On April 4, 2024, a grand jury for the Central District of
2  California returned first superseding indictment as to both <u>United</u>
3  <u>States v. Zhang, et al.</u> and <u>United States v. Martinez-Reyes, et al.</u>
4  Initial appearance and arraignment for defendant CHENGWU HE has been
5  set for August 22, 2024.

6      2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the
7  trial commence on or before August 20, 2024.

8      3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL
9  GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this
10 district.

11     4.    All defendants who have appeared in this district have been
12 released on bond pending trial.

13     5.    The parties estimate that the trial in this matter will
14 last approximately three weeks.  All defendants are joined for trial
15 and a severance has not been granted.

16     6.    By this stipulation, the parties move to continue the trial
17 date to and the status conference to October 21, 2025 and the status
18 conference to October 8, 2025.

19     7.    Defendants request the continuance based upon the following
20 facts, which the parties believe demonstrate good cause to support
21 the appropriate findings under the Speedy Trial Act:

22         a.    Counsel for defendants represent that they have
23 various prior obligations and trial conflicts as set out in Exhibit A
24 hereto. Counsel for defendants also represent that additional time is
25 necessary to confer with their defendants, conduct and complete an
26 independent investigation of the case, conduct and complete
27 additional legal research including for potential pre-trial motions,
28

3

1  review the discovery and potential evidence in the case, and prepare

2  for trial in the event that a pretrial resolution does not occur.

3  Defense counsel represent that failure to grant the continuance would

4  deny them reasonable time necessary for effective preparation, taking

5  into account the exercise of due diligence.

6          b.    Defendants believe that failure to grant the

7  continuance will deny them continuity of counsel and adequate

8  representation.

9          c.    The government does not object to the continuance.

10         d.    The requested continuance is not based on congestion

11 of the Court's calendar, lack of diligent preparation on the part of

12 the attorney for the government or the defense, or failure on the

13 part of the attorney for the Government to obtain available

14 witnesses.

15     8.    For purposes of computing the date under the Speedy Trial

16 Act by which defendants' trial must commence, the parties agree that

17 the time period of January 2, 2024 to October 21, 2025, inclusive,

18 should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19 (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20 continuance granted by the Court at defendants' request, without

21 government objection, on the basis of the Court's finding that:

22 (i) the ends of justice served by the continuance outweigh the best

23 interest of the public and defendant in a speedy trial; (ii) failure

24 to grant the continuance would be likely to make a continuation of

25 the proceeding impossible, or result in a miscarriage of justice; and

26 (iii) failure to grant the continuance would unreasonably deny

27 defendant continuity of counsel and would deny defense counsel the

28

1  reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.

3       9.    Nothing in this stipulation shall preclude a finding that
4  other provisions of the Speedy Trial Act dictate that additional time
5  periods be excluded from the period within which trial must commence.
6  Moreover, the same provisions and/or other provisions of the Speedy
7  Trial Act may in the future authorize the exclusion of additional
8  time periods from the period within which trial must commence.

9       IT IS SO STIPULATED.
   Dated: August 5, 2024          Respectfully submitted,
10
                                  E. MARTIN ESTRADA
11                                United States Attorney

12                                MACK E. JENKINS
                                  Assistant United States Attorney
13                                Chief, Criminal Division

14
                                      /s/
15                                JULIE J. SHEMITZ
                                  Assistant United States Attorney
16
                                  Attorneys for Plaintiff
17                                UNITED STATES OF AMERICA

18

19

20       I am EDGAR MARTINEZ-REYES's attorney.  I have carefully
21  discussed every part of this stipulation and the continuance of the
22  trial date with my client. I have fully informed my client of his
23  Speedy Trial rights.  To my knowledge, my client understands those
24  rights and agrees to waive them.  I believe that my client's decision
25  to give up the right to be brought to trial earlier than _____
26  is an informed and voluntary one.

27  _____        _____
   ZAIRA VILLAGOMEZ                          Date
28
                                  5

Attorney for Defendant
EDGAR MARTINEZ-REYES

    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date and give up my right to be
brought to trial earlier than October 21, 2025.  I understand that I
will be ordered to appear in Courtroom 8C of the Federal Courthouse,
350 W. 1st Street, Los Angeles, California on October 21, 2025 at
8:30 a.m.

EDGAR MARTINEZ-REYES                          Date
Defendant

## CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES
on this date.

INTERPRETER                                   Date

1     I am SAI ZHANG's attorney.  I have carefully discussed every
2  part of this stipulation and the continuance of the trial date with
3  my client.  I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  _____        _____
   RUEVEN L. COHEN                                    Date
9  YOUNGBIN SON
   Attorneys for Defendant
10 SAI ZHANG

11

12
        This agreement has been read to me in Mandarin, the language I
13
   understand best, and I have carefully discussed every part of it with
14
   my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
   agree to the continuance of the trial date and give up my right to be
16
   brought to trial earlier than October 21, 2025.  I understand that I
17
   will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
   90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20 _____        _____
   SAI ZHANG                                          Date
21 Defendant

22                    **CERTIFICATION OF INTERPRETER**

23     I, _____, am fluent in the written and spoken

24 English and Mandarin languages.  I accurately translated this entire

25 agreement from English into Mandarin to defendant SAI ZHANG on this

26 date.

27 _____        _____
   INTERPRETER                                        Date
28

                                    7

1

2     I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3  every part of this stipulation and the continuance of the trial date

4  with my client. I have fully informed my client of his Speedy Trial

5  rights.  To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025, is an

8  informed and voluntary one.

9  _____     _____
   ROBERT M. HELFEND                    Date
10 Attorney for Defendant
   BERNARDO MAUBERIS
11

12

13     I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.  I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m.

20 _____     _____
   BERNARDO MAUBERIS                    Date
21 Defendant

22

23                 **CERTIFICATION OF INTERPRETER**

24     I, _____, am fluent in the written and spoken

25 English and Spanish languages.  I accurately translated this entire

26 agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27 this date.

28

INTERPRETER                          Date

     I am PANYU ZHAO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

LOUIS J. SHAPIRO                Date
Attorney for Defendant
PANYU ZHAO

     I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

PANYU ZHAO                      Date
Defendant

### CERTIFICATION OF INTERPRETER

     I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

```
1  _____        _____
   INTERPRETER                             Date
2
3       I am RAUL CONTRERAS's attorney.  I have carefully discussed
4  every part of this stipulation and the continuance of the trial date
5  with my client. I have fully informed my client of his Speedy Trial
6  rights.  To my knowledge, my client understands those rights and
7  agrees to waive them.  I believe that my client's decision to give up
8  the right to be brought to trial earlier than October 21, 2025, is an
   informed and voluntary one.
9
10 _____        _____
   CHARLES C. BROWN                        Date
   Attorney for Defendant
11 RAUL CONTRERAS
12
13
14      I have read this stipulation and have carefully discussed it
15 with my attorney. I understand my Speedy Trial rights.  I voluntarily
16 agree to the continuance of the trial date, and give up my right to
17 be brought to trial earlier than October 21, 2025.  I understand that
18 I will be ordered to appear in Courtroom 8C of the Federal
19 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
20 2025 at 8:30 a.m.
21 _____        _____
   RAUL CONTRERAS                          Date
22 Defendant
23
24                  CERTIFICATION OF INTERPRETER
25      I, _____, am fluent in the written and spoken
26 English and Spanish languages. I accurately translated this entire
27 agreement from English into Spanish to defendant RAUL CONTRERAS on
28 this date.
```

```
_____      _____
INTERPRETER                     Date
```

I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

```
_____      _____
JOHN TARGOWSKI                  Date
Attorney for Defendant
GUILLERMO ZAMBRANO
```

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
_____      _____
GUILLERMO ZAMBRANO               Date
Defendant
```

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

INTERPRETER                                           Date

    I am HANG SU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

MICHAEL D. WALSH                                      Date
Attorney for Defendant
HANG SU


    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

HANG SU                                               Date
Defendant


### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant HANG SU on this date.

1   I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client. I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than October 21,

7   2025 is an informed and voluntary one.

8

_____          _____
MATTHEW J. LOMBARD                            Date
9   Attorney for Defendant
    OSCAR EDUARDO MAYORGA
10

11

12   I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights.  I voluntarily

14   agree to the continuance of the trial date, and give up my right to

15   be brought to trial earlier than October 21, 2025.  I understand that

16   I will be ordered to appear in Courtroom 8C of the Federal

17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18   2025 at 8:30 a.m.

19

_____          _____
OSCAR EDUARDO MAYORGA                          Date
20   Defendant

21

22                  **CERTIFICATION OF INTERPRETER**

23   I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

25   agreement from English into Spanish to defendant OSCAR EDUARDO

26   MAYORGA on this date.

27

_____          _____
INTERPRETER                                    Date
28

18

1    I, _____, am fluent in the written and spoken

2  English and Mandarin languages.  I accurately translated this entire

3  agreement from English into Mandarin to defendant SHOU YANG on this

4  date.

5  _____        _____

   INTERPRETER                              Date
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17

1  agreement from English into Mandarin to defendant XUANYI MU on this

2  date.

3

_____          _____
4  INTERPRETER                                 Date

5

6      I am SHOU YANG's attorney.  I have carefully discussed every

7  part of this stipulation and the continuance of the trial date with

8  my client. I have fully informed my client of his Speedy Trial

9  rights.  To my knowledge, my client understands those rights and

10  agrees to waive them.  I believe that my client's decision to give up

11  the right to be brought to trial earlier than October 21, 2025 is an

12  informed and voluntary one.

13  _____          _____
   SHOU YANG                                   Date
   Attorney for Defendant
14  ROBERT C. HSU

15

16      I have read this stipulation and have carefully discussed it

17  with my attorney. I understand my Speedy Trial rights.  I voluntarily

18  agree to the continuance of the trial date, and give up my right to

19  be brought to trial earlier than October 21, 2025.  I understand that

20  I will be ordered to appear in Courtroom 8C of the Federal

21  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

22  2025 at 8:30 a.m.

23  _____          _____
   SHOU YANG                                   Date
24  Defendant

25

26              **CERTIFICATION OF INTERPRETER**

27

28

                            16

```
 1 │ ──────────────────────────────        ──────────────────────────────
   ║ INTERPRETER                           Date
 2 ║
 3 ║
   ║      I am XUANYI MU's attorney.  I have carefully discussed every
 4 ║
   ║ part of this stipulation and the continuance of the trial date with
 5 ║
   ║ my client. I have fully informed my client of his Speedy Trial
 6 ║
   ║ rights.  To my knowledge, my client understands those rights and
 7 ║
   ║ agrees to waive them.  I believe that my client's decision to give up
 8 ║
   ║ the right to be brought to trial earlier than October 21, 2025 is an
 9 ║
   ║ informed and voluntary one.
10 ║
11 ║ ──────────────────────────────        ──────────────────────────────
   ║ DONALD J. MATSON                      Date
   ║ Attorney for Defendant
12 ║ XUANYI MU
13 ║
14 ║      I have read this stipulation and have carefully discussed it
15 ║ with my attorney. I understand my Speedy Trial rights.  I voluntarily
16 ║ agree to the continuance of the trial date, and give up my right to
17 ║ be brought to trial earlier than October 21, 2025.  I understand that
18 ║ I will be ordered to appear in Courtroom 8C of the Federal
19 ║ Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
20 ║ 2025 at 8:30 a.m.
21 ║ ──────────────────────────────        ──────────────────────────────
   ║ XUANYI MU                             Date
22 ║ Defendant
23 ║
24 ║                   CERTIFICATION OF INTERPRETER
25 ║      I, _____, am fluent in the written and spoken
26 ║ English and Mandarin languages.  I accurately translated this entire
27 ║
28 ║                              15
```

| | |
|---|---|
| INTERPRETER | Date |

I am XIAOLEI YE's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

| | |
|---|---|
| EDWARD M. ROBINSON | Date |

BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

| | |
|---|---|
| XIAOLEI YE | Date |

Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

14

INTERPRETER _____    Date _____

I am JIAYONG YU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS _____    Date _____
Attorney for Defendant
JIAYONG YU

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU _____    Date _____
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

1  I am VICTOR RODRIGUEZ-TRUJILLO's attorney.  I have carefully

2 discussed every part of this stipulation and the continuance of the

3 trial date with my client.  I have fully informed my client of his

4 Speedy Trial rights.  To my knowledge, my client understands those

5 rights and agrees to waive them.  I believe that my client's decision

6 to give up the right to be brought to trial earlier than October 21,

7 2025 is an informed and voluntary one.

8 _____  _____
 EDVIN S. FLORES        Date

9 Attorney for Defendant
 VICTOR RODRIGUEZ-TRUJILLO

10

11

12  I have read this stipulation and have carefully discussed it

 with my attorney. I understand my Speedy Trial rights.  I voluntarily

13

 agree to the continuance of the trial date, and give up my right to

14

 be brought to trial earlier than October 21, 2025.  I understand that

15

 I will be ordered to appear in Courtroom 8C of the Federal

16

 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17

 2025 at 8:30 a.m.

18

19 _____  _____
 VICTOR RODRIGUEZ-TRUJILLO    Date

20 Defendant

21

22       **CERTIFICATION OF INTERPRETER**

23  I, _____, am fluent in the written and spoken

 English and Spanish languages.  I accurately translated this entire

24

 agreement from English into Spanish to defendant VICTOR RODRIGUEZ-

25

 TRUJILLO on this date.

26

27 _____  _____
 INTERPRETER         Date

28

1    I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2    every part of this stipulation and the continuance of the trial date

3    with my client. I have fully informed my client of his Speedy Trial

4    rights.  To my knowledge, my client understands those rights and

5    agrees to waive them.  I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025 is an

7    informed and voluntary one.

8    _____          _____
     ROBERT BERNSTEIN                          Date
9    Attorney for Defendant
     VIDAL LICON-ROBLES
10

11

12    I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights.  I voluntarily

14   agree to the continuance of the trial date, and give up my right to

15   be brought to trial earlier than October 21, 2025.  I understand that

16   I will be ordered to appear in Courtroom 8C of the Federal

17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18   2025 at 8:30 a.m.

19   _____          _____
     VIDAL LICON-ROBLES                        Date
20   Defendant

21

22                      **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

25   agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26   on this date.

27   _____          _____
     INTERPRETER                               Date
28

1    I am LEOPOLDO BERNAL's attorney. I have carefully discussed

2 every part of this stipulation and the continuance of the trial date

3 with my client. I have fully informed my client of his Speedy Trial

4 rights. To my knowledge, my client understands those rights and

5 agrees to waive them. I believe that my client's decision to give up

6 the right to be brought to trial earlier than October 21, 2025 is an

7 informed and voluntary one.

8 _____          _____
ANTHONY M. SOLIS                      Date
9 Attorney for Defendant
LEOPOLDO BERNAL
10

11    I have read this stipulation and have carefully discussed it

12 with my attorney. I understand my Speedy Trial rights. I voluntarily

13 agree to the continuance of the trial date, and give up my right to

14 be brought to trial earlier than October 21, 2025. I understand that

15 I will be ordered to appear in Courtroom 8C of the Federal

16 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17 2025 at 8:30 a.m.

18

19 _____          _____
LEOPOLDO BERNAL                       Date
20 Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24 English and Spanish languages. I accurately translated this entire

25 agreement from English into Spanish to defendant LEOPOLDO BERNAL on

26 this date.

27 _____          _____
INTERPRETER                           Date
28

1    I am JULIO ALEXANDER CABRERA's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____        _____
   PETER JOHNSON                           Date
9  Attorney for Defendant
   JULIO ALEXANDER CABRERA
10

11    I have read this stipulation and have carefully discussed it

12  with my attorney. I understand my Speedy Trial rights.  I voluntarily

13  agree to the continuance of the trial date, and give up my right to

14  be brought to trial earlier than October 21, 2025.  I understand that

15  I will be ordered to appear in Courtroom 8C of the Federal

16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17  2025 at 8:30 a.m.

18

19  _____        _____
   JULIO ALEXANDER CABRERA                 Date
20  Defendant

21

22                      **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant JULIO ALEXANDER

26  CABRERA on this date.

27  _____        _____
   INTERPRETER                             Date
28

1      I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed
2 every part of this stipulation and the continuance of the trial date
3 with my client. I have fully informed my client of his Speedy Trial
4 rights.  To my knowledge, my client understands those rights and
5 agrees to waive them.  I believe that my client's decision to give up
6 the right to be brought to trial earlier than October 21, 2025 is an
7 informed and voluntary one.

8

_____        _____
MICHAEL S. CHERNIS                    Date
9 Attorney for Defendant
JOSE ANTONIO PARDO
10

11

12      I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
13 agree to the continuance of the trial date, and give up my right to
14 be brought to trial earlier than October 21, 2025.  I understand that
15 I will be ordered to appear in Courtroom 8C of the Federal
16 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17 2025 at 8:30 a.m.
18

19

_____        _____
JOSE ANTONIO PARDO                    Date
20 Defendant

21

22      **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
24 agreement from English into Spanish to defendant JOSE ANTONIO PARDO
25 on this date.
26

27

_____        _____
INTERPRETER                           Date
28

1

2      I am JIANDE ZHOU's attorney.  I have carefully discussed every

3   part of this stipulation and the continuance of the trial date with

4   my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025 is an

8   informed and voluntary one.

9   _____        ____8/9/24_____
    JIANDE ZHOU                              Date
10  Attorney for Defendant
    KEVIN D. GRES
11

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____        ___8/9/2024_____
    JIANDE ZHOU                              Date
21  Defendant

22

23                      **CERTIFICATION OF INTERPRETER**

24      I, __Yanyan Liu__, am fluent in the written and spoken

25  English and Mandarin languages.  I accurately translated this entire

26  agreement from English into Mandarin to defendant JIANDE ZHOUon this

27  date.

28
                                    24

_____          08/09/2024
INTERPRETER                              Date

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28