1  I am SAI ZHANG's attorney.  I have carefully discussed every
2  part of this stipulation and the continuance of the trial date with
3  my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8
_____                    8/7/2024
9  RUEVEN L. COHEN                                  _____
   YOUNGBIN SON                                     Date
10 Attorneys for Defendant
   SAI ZHANG
11

12
        This agreement has been read to me in Mandarin, the language I
13
understand best, and I have carefully discussed every part of it with
14
my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
agree to the continuance of the trial date and give up my right to be
16
brought to trial earlier than October 21, 2025.  I understand that I
17
will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20                                                   8/7/2024
_____                    _____
   SAI ZHANG                                        Date
21 Defendant

22                       **CERTIFICATION OF INTERPRETER**

23     I, ___Yanyan Liu_____, am fluent in the written and spoken

24 English and Mandarin languages.  I accurately translated this entire

25 agreement from English into Mandarin to defendant SAI ZHANG on this

26 date.

27  _yanyan liu_____                    08/07/2024
                                                    _____
   INTERPRETER                                      Date
28

7