```
_____    _____
INTERPRETER                        Date
```

I am XUANYI MU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

```
/s/ Donald J. Matson              8/8/2024
_____    _____
DONALD J. MATSON                   Date
Attorney for Defendant
XUANYI MU
```

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
/s/ Xuanyi Mu                     08/08/2024
_____    _____
XUANYI MU                          Date
Defendant
```

### CERTIFICATION OF INTERPRETER

I, _Ivan Lam_, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire

15

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____    8/8/2024
INTERPRETER                    Date

I am SHOU YANG's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____    _____
SHOU YANG                      Date
Attorney for Defendant
ROBERT C. HSU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____    _____
SHOU YANG                      Date
Defendant

**CERTIFICATION OF INTERPRETER**

16